# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE No.: 6:19-cv-02339-CEM-GJK

TAVIA WAGNER,

    Plaintiff,

vs.

MAITLAND FRUIT CO., and
SAID MOKHTAR, d/b/a H&DS GROCERY,

    Defendants.

_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff TAVIA WAGNER, and Defendants, MAITLAND FRUIT CO., and SAID MOKHTAR d/b/a H&DS GROCERY, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Voluntary Dismissal, with prejudice, of this action, against Defendants, MAITLAND FRUIT CO., and SAID MOKHTAR d/b/a H&DS GROCERY.

Respectfully submitted this 24th day of January 2020.

| | |
|---|---|
| By: /s/Joe M. Quick, Esq. | By:/s/R. Brooks Casey, Esq. |
| Joe M. Quick, Esq. | R. Brooks Casey, Esq. |
| Florida Bar No.: 0883794 | Florida Bar No.: 589721 |
| Law Offices of Joe M. Quick, P.A. | Wright & Casey PA |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| 1224 S. Peninsula Drive #604 | 340 North Causeway |
| Daytona Beach, Florida 32118 | New Smyrna Beach, FL 32169 |
| Tel: (386) 212-3591 | Tel: (386) 428-3311 |
| E-mail: JMQuickesq@gmail.com | E-mail: bcasey@surfcoastlaw.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of January 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

      By: /s/Joe M. Quick, Esq.
Joe M. Quick, Esq.
Florida Bar No.: 0883794
Attorney for Plaintiff
Law Offices of Joe M. Quick, P.A.
1224 S. Peninsula Drive #604
Daytona Beach, Florida  32118
Tel: (386) 212-3591
E-mail: JMQuickesq@gmail.com